IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| IN RE:   TIMOTHY WILSON SHEPHERD   )   | CASE NO. 08-71026 |
|         FAYE ELIZABETH SHEPHERD    )   | CHAPTER 7 |
|                                    )   | |
|         **Debtors**                )   | |

## TRANSMITTAL OF UNCLAIMED FUNDS

Comes now the undersigned trustee and reports as follows:

1. That funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case.

2. That the bank on which these checks are drawn has been instructed to stop payment on said checks.

3. That the trustee's check* payable to the Clerk, U.S. Bankruptcy Court, for the unclaimed funds is attached hereto with the request that such funds be deposited in the U.S. Treasury, or the local Registry Account.

4. The trustee had indicated the name, address, and amount due the creditor below.

**Nationwide Collections, Inc. (Claim 4)**
**805 Virginia Avenue, Suite 1**
**Fort Pierce, FL 34982**
**Amount of Check: $102.25**

Dated: March 8, 2011            /s/ Charles R. Allen, Jr.
                                Charles R. Allen, Jr.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    110
60-249 / 433

| Case | Debtor |
|---|---|
| 08-71026 WSR | SHEPHERD, TIMOTHY WILSON |
| 92000172520866 | SHEPHERD, FAYE ELIZABETH |
| unclaimed funds by creditor | |

TID #660070
CHARLES R. ALLEN
120 CHURCH AVE. SW,
SUITE 200
ROANOKE VA 24011

Date    03/08/2011    $  *********102.25

~~~One Hundred Two Dollars and 25/100

Pay to the Order of: U.S. Bankruptcy Court
210 Church Avenue
Roanoke VA 24011

CHARLES R. ALLEN, Trustee

⑈000000110⑈ ⑆043302493⑆ 920001725 20866⑈

